UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY ALEXANDER JAMES,

Plaintiff,

v.

UNITED FURNITURE WORKERS
LOCAL 89262,

Defendant.

Case No. 21-cv-03893-JCS

**ORDER TO SHOW CAUSE WHY
CASE SHOULD NOT BE DISMISSED
WITH PREJUDICE**

Re: Dkt. No. 22

On August 16, 2021, the Court granted Defendant's motion to dismiss and allowed Plaintiff Anthony Alexander James to file an amended complaint no later than September 24, 2021. *See* Order re Mot. to Dismiss (dkt. 22). That deadline has passed and no amended complaint has been filed. James is therefore ORDERED TO SHOW CAUSE why this case should not be dismissed with prejudice, by filing a response to this order (including, if James wishes to proceed with this case, an amended complaint) **no later than October 15, 2021**. If no response is received by that date, the case will be dismissed with prejudice.

James is encouraged to contact the Federal Pro Bono Project's Pro Se Help Desk for assistance if he continues to pursue this case. Lawyers at the Help Desk can provide basic assistance to parties representing themselves but cannot provide legal representation. Although in-person appointments are not currently available due to the COVID-19 public health emergency, James may contact the Help Desk at (415) 782-8982 or FedPro@sfbar.org to schedule a telephonic appointment.

**IT IS SO ORDERED.**

Dated: October 1, 2021

JOSEPH C. SPERO
Chief Magistrate Judge

United States District Court
Northern District of California