UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ALEXANDER JAMES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED FURNITURE WORKERS LOCAL 89262,<br><br>　　　　Defendant. | Case No. 21-cv-03893-JCS<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

After the Court dismissed Plaintiff Anthony James's original complaint with leave to amend and James failed to file an amended complaint within the time permitted to do so, the Court ordered James to show cause no later than October 15, 2021 why the case should not be dismissed with prejudice. Order to Show Cause (dkt. 23). That deadline has passed, and James has not filed an amended complaint or any other response. Accordingly, the case is hereby DISMISSED with prejudice.

The Clerk shall enter judgment in favor of Defendant United Furniture Workers Local 89262 and close the file.[1]

**IT IS SO ORDERED.**

Dated: October 20, 2021

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] The parties consented to the jurisdiction of a magistrate judge for all purposes under 28 U.S.C. § 636(c).